# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM D. HAMBY, JR ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 3:17-cv-1480 |
| ) | Chief Judge Crenshaw |
| TONY PARKER, et al. ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

In this case alleging deliberate indifference to serious medical needs based on treatment and medication for Hepatitis C, the Magistrate Judge has entered a Report and Recommendation recommending that the action be dismissed. The basis for the recommendation is that a class has been certified in Charles Graham v. Russell L. Davis, 3:16-cv-1954 (M. D. Tenn. 2016) involving inmates of the Tennessee Department of Corrections who have been diagnosed with Hepatitis C, and Plaintiff has requested that he be made a part of that suit in lieu of pursuing this action (Doc. No. 15).

Accordingly, and without objection, the Report and Recommendation (Doc. No. 19) is hereby **ACCEPTED** and this action is **DISMISSED**. The Clerk of the Court shall enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE